**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Randy JENRETTE, Petitioner**

**No. 529 EAL 2016**

Supreme Court of Pennsylvania.

June 2, 2017

**William O'BRIEN and Diane O'Brien, his wife, and Charles Catania, Jr., Petitioners**

v.

**OHIO CASUALTY INSURANCE COMPANY, Respondent**

**No. 845 MAL 2016**

Supreme Court of Pennsylvania.

June 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

## ORDER

PER CURIAM

AND NOW, this 2nd day of June, 2017, the Petition for Allowance of Appeal and the Application for Leave to File Reply are **DENIED.**